IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOFTSMILE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1189 (CFC) |
| v. | ) | |
| | ) | **REDACTED – PUBLIC VERSION** |
| INSTITUT STRAUMANN AG, | ) | |
| CLEARCORRECT OPERATING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION AND [PROPOSED] ORDER TO STAY CASE</u>

WHEREAS, on September 9, 2022, SoftSmile filed its sealed Complaint, motion for preliminary injunction, and motion for expedited discovery against Defendants Institut Straumann AG ("Straumann") and ClearCorrect Operating, LLC ("ClearCorrect") (collectively, "Defendants") (D.I. 2);

WHEREAS, on October 14, 2022, ClearCorrect filed a motion to dismiss for lack of personal jurisdiction;

WHEREAS, on October 24, 2022, Straumann filed a motion to dismiss for lack of personal jurisdiction;

WHEREAS, the parties have met and conferred and agreed to the terms reflected in the Term Sheet attached hereto as Exhibit A, and to litigate their underlying dispute in a forthcoming arbitration proceeding to be held in New York, New York and administered by the International Chamber of Commerce's International Court of Arbitration (the "Arbitration");

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by SoftSmile and Defendants, subject to the approval of the Court,  that:

(1) the case is STAYED, and all deadlines, procedural and substantive, are vacated pending resolution of the Arbitration;

(2) the parties will file a joint letter with the Court to report the status of the matter within 20 days of the resolution of the Arbitration; and

(3) nothing stated herein shall be deemed a concession by the Defendants that the Court has personal jurisdiction over either of the Defendants (and Defendants expressly preserve and assert that they are not subject to personal jurisdiction in the United States District Court for the District of Delaware), nor a concession by SoftSmile that the Court does not have personal jurisdiction over either of the Defendants, nor a waiver by Defendants of any argument or defense, nor a waiver by SoftSmile of any claim for relief.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Attorneys for Plaintiff SoftSmile, Inc.


MCDERMOTT WILL & EMERY LLP

/s/ Ethan H. Townsend
Ethan H. Townsend (#5813)
The Nemours Building
1007 N. Orange Street, 10th Floor
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

Attorneys for Defendants Institut Straumann AG and ClearCorrect Operating, LLC


**IT IS SO ORDERED**, this _____ day of November, 2022.


_____
Chief, United States District Judge

2