# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200

**MICHAEL J. FLYNN**
(302) 351-9661
mflynn@morrisnichols.com

July 26, 2024

The Honorable Colm F. Connolly            *VIA ECF*
U.S. District Court for the
   District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *SoftSmile, Inc. v. Institut Straumann AG, et al.*,
          C.A. No. 22-1189 (CFC) (D. Del.)

Dear Chief Judge Connolly:

    I write on behalf of the parties to provide a status report on this matter pursuant to the Court's Oral Order dated July 18, 2024.

    On November 7, 2022, the parties filed, and the Court granted, a stipulation to stay this case pending the resolution of their dispute in an arbitration proceeding administered by the International Chamber of Commerce's International Court of Arbitration. *See* D.I. 41, 43. That arbitration is still proceeding, with a hearing scheduled for December 9-19, 2024. The parties anticipate that the sole arbitrator will request post-hearing briefing, but the schedule for that briefing has not been set.

    Accordingly, the parties respectfully request that the stay in this matter continue until the arbitration is fully resolved. The parties will file a joint status letter with the Court within 20 days of that resolution.

                                          Respectfully,

                                          Michael J. Flynn
                                          *Counsel for Plaintiff SoftSmile, Inc.*