IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTSMILE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INSTITUT STRAUMANN AG,<br>CLEARCORRECT OPERATING,<br>LLC,<br><br>    Defendants. | C.A. No. 22-1189 (CFC) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff SoftSmile, Inc. and Defendants Institut Straumann AG and ClearCorrect Operating, LLC (collectively, the "Parties"), pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims asserted between the Parties WITH PREJUDICE, and with each Party to bear its own costs, expenses, and attorney fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Ethan H. Townsend* |
| Jack B. Blumenfeld (#1014) | Ethan H. Townsend (#5813) |
| Michael J. Flynn (#5333) | The Nemours Building |
| 1201 North Market Street | 1007 N. Orange Street, 10th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 485-3911 |
| (302) 658-9200 | ehtownsend@mwe.com |
| jblumenfeld@morrisnichols.com | |
| mflynn@morrisnichols.com | |
| | |
| *Attorneys for Plaintiff SoftSmile, Inc.* | *Attorneys for Defendants Institut Straumann AG and ClearCorrect Operating, LLC* |

**IT IS SO ORDERED**, on this _____ day of December, 2024.

_____

Chief, United States District Judge

2